FILED
7/11/16 2:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   HERBERT LEROY HUFF and : Case No. 13-11089-TPA
   CAROL LEE HUFF, :
      *Debtors*. : Chapter 13
:
: Related Document Nos. 56 and 62.

## ORDER

On July 6, 2016, a hearing was held to determine what relief the Debtors were seeking by a voluminous filing with the Court which included photo copies of documents and a hand written letter. Prior to the Debtors' submissions and the hearing, by Order at Document No. 56, Atty. Daniel P. Foster, after his gracious offer to do so, was substituted for the late Robert McBride, Esq., as Debtors' Counsel. At the hearing, the Debtors indicated that they did not wish to proceed with Atty. Foster as their Counsel. The Court strongly recommends that the Debtors obtain new Counsel to proceed with their bankruptcy case.

*AND NOW*, this *11th* day of *April 2016*, for the reasons set forth herein and stated on the record at the July 6, 2016 hearing, it is hereby **ORDERED, ADJUDGED** and **DECREED**

(1)    That ***Attorney Daniel P. Foster***, is withdrawn as Counsel for the Debtors.

(2)    ***On or before July 25, 2016***, the Debtors shall contact Atty. Foster's office to arrange for them to pick up their case file.

                                              Thomas P. Agresti, Judge
                                              United States Bankruptcy Court

Case administrator to serve:
   Debtors
   Daniel P. Foster, Esq.
   Ronda J. Winnecour, Esq., Chapter 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11089-TPA
Herbert Leroy Huff                                                              Chapter 13
Carol Lee Huff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lkat              Page 1 of 1              Date Rcvd: Jul 11, 2016
                               Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2016.
db/jdb         +Herbert Leroy Huff,   Carol Lee Huff,   1801 Tubbs Road,   Spring Creek, PA 16436-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Daniel P. Foster    on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 5