FILED

16 AUG 17 PM 3:10

CLERK
U.S. BANKRUPTCY
COURT - ERIE

Certificate Number: 18194-PAW-DE-027856472

Bankruptcy Case Number: 13-11089



18194-PAW-DE-027856472

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 3, 2016</u>, at <u>8:05</u> o'clock <u>PM PDT</u>, <u>Carol Huff</u> completed a course on personal financial management given <u>by internet</u> by <u>$$$$$Pre-Discharge Debtor Education, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 3, 2016</u>

By:     <u>/s/Jacob Allen</u>

Name:   <u>Jacob Allen</u>

Title:  <u>Manager</u>