## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Herbert Leroy Huff and Carol Lee Huff<br>　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 13-11089 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ase)

                              Respectfully submitted,

                              **/s/ James C. Warmbrodt, Esquire**
                              James C. Warmbrodt, Esquire
                              jwarmbrodt@kmllawgroup.com
                              Attorney I.D. No. 42524
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106
                              Phone: 215-825-6306
                              Fax: 215-825-6406
                              Attorney for Movant/Applicant