## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                  :        Bankruptcy No.
                                        :
                         Debtor(s)      :        13-11089-TPA
                                        :
                                        :        Chapter 13
Trustee, or Debtors(s), Movant          :
                                        :
             v.                         :
                                        :
Respondents                             :

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtor has made all payments required by the Chapter 13 Plan.

2.    Include whichever one of the two following statements applies:
      [The Debtor is not required to pay any Domestic Support Obligations]   OR [The Debtor is
      required to pay Domestic Support Obligations and the Debtor has paid any amounts payable
      under a Court Order or Statute that were due on or before the date of this Certification (including
      amounts due before the petition was filed, but only to the extent provided for in the Plan).]

3.    The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code.
      The Debtor has not received a prior discharge in a bankruptcy case within the time frames
      specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code
      does not render the Debtor ineligible for a discharge.

4.    On [date], at docket number [number], Debtor complied with Federal Rule of Bankruptcy
      Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in
      Personal Financial Management*, with the *Certificate of Completion* attached to the form.

      This Certification is being signed under penalty of perjury by (*include whichever one of the two
      following statements applies):*[Debtor(s) carefully examined and understand each of the
      Bankruptcy Code sections referenced in this Certification.] *OR* [Undersigned Counsel duly
      questioned Debtor(s) about the statements in this Certification and verified the answers in
      support of this Certification.]

Dated: *Feb 1, 2018*              By: *Carol Kluff*
                                       _____
                                       Signature

                                       _____
                                       Name of Filer - Typed

                                       _____
                                       Address of Filer
                                       *1801 Tubbs Rd   Spring Creek*
                                       Email Address of Filer
                                       *Pa 16436,*
                                       Phone Number of Filer
                                       *814- 706 -3294*
                                       Bar I.D. and State of Admission
                                       *13 - 11089 TPA*

**PAWB Local Form 24 (07/13)**

FILED
18 FEB 26  AM 11:31
CLERK
U.S. BANKRUPTCY
COURT - ERIE