# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| **CASE NAME** | Herbert Leroy Huff and Carol Lee Huff |
|---|---|
| **CASE NO.** | 13-11089-TPA |
| **RELATED TO DOCUMENT NO.** | 72 |

## NOTICE REGARDING
## NONCONFORMING DOCUMENT

The **Certification of Discharge Eligibility** that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

**The Certification of Discharge Eligibility is incomplete in that the filer did not choose one of the two statements in paragraph 2 and in the final paragraph, and the pertinent date and docket number information was not provided in paragraph 4. Please also complete the information in the caption, including the names of the Debtors and the names of the movant and respondents.**

You must file an **Amended Certification of Discharge Eligibility** within ten (10) days of the date of this notice.

This deadline does not affect any other deadlines in your bankruptcy case.

**Please attach a copy of this Notice to the front of the Amended Certification of Discharge Eligibility that is filed in response to this Notice.**

|   |   |   |
|---|---|---|
| February 28, 2018 | By: | Lee Katsafanas |
| Date |  | Deputy Clerk |

#106c-I

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 13-11089-TPA
Herbert Leroy Huff                                                                  Chapter 13
Carol Lee Huff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: lkat              Page 1 of 1              Date Rcvd: Feb 28, 2018
                               Form ID: pdf901         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2018.
jdb            +Carol Lee Huff,    1801 Tubbs Road,    Spring Creek, PA 16436-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4