FILED
3/12/18 10:14 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| HERBERT LEROY HUFF AND CAROL LEE HUFF *Debtors* | : : : : | Case No. 13-11089 TPA Chapter 13 |
| HERBERT LEROY HUFF AND CAROL LEE HUFF *Movants* | : : : | Related to Document No. 75 |
| v. | : : | |
| NO RESPONDENTS | : | Hearing: April 4, 2018 at 11:00 A.M. |

## ORDER SCHEDULING HEARING

*AND NOW*, this **12th** day of **March, 2018**, in light of the second attempt, and without success of the Debtors to file their *Certification of Discharge Eligibility* at Document No. 75 in the above-captioned proceeding;

It is hereby **ORDERED, ADJUDGED and DECREED** that the Debtors, *Herbert Leroy Huff* and *Carol Lee Huff* shall *personally* appear at a hearing scheduled for *April 4, 2018* at *11:00 A.M.* in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, Pennsylvania.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors by U.S.P.S.
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 13-11089-TPA
Herbert Leroy Huff                                                       Chapter 13
Carol Lee Huff
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat                 Page 1 of 1              Date Rcvd: Mar 13, 2018
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
db/jdb          +Herbert Leroy Huff,    Carol Lee Huff,    1801 Tubbs Road,    Spring Creek, PA 16436-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
      Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                    TOTAL: 4