**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>HERBERT LEROY HUFF<br>CAROL LEE HUFF<br><br>　　　　　Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>　　　　　Movant<br>　　vs.<br>FNB CONSUMER DISCOUNT CO.<br><br>　　　　　Respondents | Case No. 13-11089TPA<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| FNB CONSUMER DISCOUNT CO.<br>210 LIBERTY STREET<br>P.O. BOX 607<br>WARREN, PA 16365 | Court claim# 7/Trustee CID# 4 |

The Movant further certifies that on 04/05/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>　　original creditor<br>　　putative creditor<br>　　counsel for debtor(s)<br>　　counsel for the creditor(s) (if known) |  |

| DEBTOR(S):<br>HERBERT LEROY HUFF, CAROL LEE HUFF, 1801 TUBBS ROAD, SPRING CREEK, PA  16436<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>FNB CONSUMER DISCOUNT CO., 210 LIBERTY STREET, P.O. BOX 607, WARREN, PA  16365 |
|---|---|