**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| HERBERT LEROY HUFF | Case No. 13-11089TPA |
| CAROL LEE HUFF | |
| Debtor(s) | Chapter 13 |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| FNB CONSUMER DISCOUNT CO. | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

| | |
|---|---|
| FNB CONSUMER DISCOUNT CO. | Court claim# 7/Trustee CID# 82 |
| 210 LIBERTY STREET | |
| P.O. BOX 607 | |
| WARREN, PA 16365 | |

The Movant further certifies that on 04/05/2018 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| DEBTOR(S):<br>HERBERT LEROY HUFF, CAROL LEE HUFF, 1801 TUBBS ROAD, SPRING CREEK, PA  16436<br><br>NEW CREDITOR: | ORIGINAL CREDITOR:<br>FNB CONSUMER DISCOUNT CO., 210 LIBERTY STREET, P.O. BOX 607, WARREN, PA  16365 |
|---|---|