Case 13-11089-TPA    Doc 80    Filed 04/06/18    Entered 04/06/18 10:24:31    Desc Main
                              Document         Page 1 of 1

FILED
4/6/18 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-11089-TPA |
| | : | |
| Herbert Leroy Huff | : | Chapter: 13 |
| Carol Lee Huff | : | |
| *Debtor(s).* | : | |
| | : | Date: 4/4/2018 |
| | : | Time: 11:00 |

### PROCEEDING MEMO

**MATTER:**         #75 Certification of Discharge Eligibility (Pro Se)
                    *(Debtors to personally appear)*

**APPEARANCES:**
                    Debtor:    Herbert Leroy and Carol Lee Huff
                    Trustee:   Ronda J. Winnecour

**NOTES:**

Debtor Wife:        Representing ourselves since counsel passed away. I was told by bank that loan was paid off.

J.                  Atty. Foster to assist Debtors with close out of case.

Winnecour:          Case is not audited yet. I'm still showing significant base balance.

**OUTCOME:**        Atty. Foster appointed as counsel for the Debtors, to file status report within 14 days. Chambers to issue Order

*[Signature]*
vas