FILED
4/9/18 4:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

HERBERT LEROY HUFF and  : Case No. 13-11089-TPA
CAROL LEE HUFF,  : Chapter 13
    *Debtors,*  :

## ORDER

On April 4, 2018, a hearing was held regarding failure of the Debtors to file their Certificate of Discharge Eligibility, at said hearing the Debtors personally appeared and advised the Court that they have been representing themselves since the passing of their counsel. As a result,

**AND NOW**, this *9th* day of *April, 2018*, it is hereby **ORDERED, ADJUDGED and DECREED** that Atty. Daniel Foster has offered to assist the Debtors with close out of their case. *On or before April, 23, 2018,* Atty. Foster shall file a Status Report as to the status of close out of the case.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
   Ronda Winnecour, Esq., Ch. 13 Trustee
   Debtors

   Daniel P. Foster, Esq.
   Foster Law Offices
   P.O. Box 966
   Meadville, PA 16335

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                              Case No. 13-11089-TPA
Herbert Leroy Huff                                                  Chapter 13
Carol Lee Huff
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1           User: mgut                Page 1 of 1           Date Rcvd: Apr 09, 2018
                               Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2018.
db/jdb         +Herbert Leroy Huff,   Carol Lee Huff,   1801 Tubbs Road,   Spring Creek, PA 16436-1325
aty            +Robert Edward McBride,   32 West Eighth Street, Suite 600,   Erie, PA 16501-1352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
           Mortgagess-Through Certificates, Series 2003-2 agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Daniel P. Foster    on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
           as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
           Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6