### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 13-11089-TPA |
| **Herbert Leroy Huff** | ) | |
| **Carol Lee Huff** | ) | |
| | ) | |
| **Debtor** | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 30 |

### CONSENT ORDER MODIFYING MARCH 13, 2014 ORDER

AND NOW, this _____ day of _____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 13, 2018, it is

ORDERED that Part "1.H." be amended to add the following: Warren County TCB shall be paid per plan for the 2013 tax year at 9% as the claim is silent as to tax year 2013.

BY THE COURT:

_____
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel Foster
Daniel Foster PA I.D. #92376
Attorney for debtors
 Foster Law Group
PO Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com