FILED
5/15/18 2:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 13-11089-TPA |
| **Herbert Leroy Huff** | ) | |
| **Carol Lee Huff** | ) | |
| | ) | |
| Debtor | ) | Chapter 13 |
| | ) | Document No. _____ |
| | ) | Related to Document No. 30 |

### CONSENT ORDER MODIFYING MARCH 13, 2014 ORDER

AND NOW, this \_\_\_\_15th\_\_\_\_ day of _____May_____, 2018, upon consent of the Debtor and the Chapter 13 Trustee, and parties in interest as evidenced by signatures of counsel as set forth below, said agreement being the result of discussions held between the parties following the entry of the confirmation order dated March 13, 2018, it is

ORDERED that Part "1.H." be amended to add the following: Warren County TCB shall be paid per plan for the 2013 tax year at 9% as the claim is silent as to tax year 2013.

BY THE COURT:

_____vas
Thomas P. Agresti
U.S. BANKRUPTCY JUDGE

Consented to:

/s/Jana S. Pail
Jana S. Pail PA I.D. #88910
Attorney for Trustee
Suite 3250- U.S. Steel Tower
600 Grant Street
Pittsburgh PA 15219
412-471-5566
jpail@chapter13trusteewdpa.com

/s/ Daniel Foster
Daniel Foster PA I.D. #92376
Attorney for debtors
 Foster Law Group
PO Box 966
Meadville PA 16335
814-724-1165
dan@mrdebtbuster.com

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Herbert Leroy Huff
Carol Lee Huff
    Debtors

Case No. 13-11089-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1    User: lkat    Page 1 of 1    Date Rcvd: May 16, 2018
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db/jdb         +Herbert Leroy Huff,    Carol Lee Huff,    1801 Tubbs Road,    Spring Creek, PA 16436-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2018 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 andygornall@latouflawfirm.com
       Daniel P. Foster    on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                 TOTAL: 6