FILED
7/12/18 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
HERBERT LEROY HUFF and : Case No. 13-11089
CAROL LEE HUFF, :
    *Debtors* : Chapter 13
 :
 :

## *ORDER*

The Court recently received received a letter and a large packet of materials by certified mail from Debtor Carol Lee Huff. A copy of the letter, without the accompanying enclosures, is appended as "Attachment A".[1] It is unclear what relief, if any, the Debtors are seeking from the Court pursuant to this letter, but it appears that the Debtors may be complaining that they are being required to pay real estate taxes related to a property that was the subject of an order entered on April 20, 2016 granting a motion for relief from stay. The taxes all appear to be from the time period before relief from stay was granted, but again, the Court is not entirely clear what the Debtors are seeking. Under the circumstances, the Court believes the best approach is to require a response to the letter from both the Debtors' Counsel and the Chapter 13 Trustee. Being more familiar with the underlying facts, they should be in a better position to understand the nature of the Debtor's letter. Once the responses have been received, the Court can determine whether a hearing on the matter should be scheduled.

---

[1] The Court is not also appending the enclosures because they are voluminous, the letter does not provide any explanation for them, and it does not seem necessary that they be reviewed before responding to the letter. If either Debtors' Counsel or the Chapter 13 Trustee would nevertheless like to see the enclosures before responding to the letter they can contact Chambers and arrangements to do so can be made.

AND NOW, this *12th* day of *July, 2018*, it is **ORDERED, ADJUDGED** and **DECREED** that *on or before July 26, 2018* both Debtors' Counsel and the Chapter 13 Trustee shall file a Response to Attachment A and serve a copy on the Debtors, whereupon the Court will determine whether any further action is required.

Judge Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:
  Debtors
  Daniel Foster, Esq.
  Ronda Winnecour, Esq.

Case no- 13-11089A

To whom concern,

I hate getting upset with this matter, I talk to att. Cook, but he really wouldn't listen to be, he said it was o.k. but when I ask him about the money I paid house payment really didn't tell me anything and the trustee doesn't even call me back or look at my paper work when send to her, But when I got the paper work she send me really upset me because she her the att Cook said I owe another $6,000- and now, I called the Court house and ask them what was going on, he said I had a 2nd Parcel the farm and then he said I was in 426 Corry, Pa and that the house I surrend and the bank took it back; why do I have to pay those taxes, Warren County was the one that made us lose my home, Could you please tell me why the trustee can kept on adding these taxes to us, Won't even let me know what going on.

6 months L.N.B.
817.59
8175.9
817.59
817.59
817.59
817.59
$ 4,905.54

Taxes June 14, 2006-2013
2006  3,270.00
2007  3,430.00
2008  3,265.46
2009  3,022.28
2010
2011  2,775.07
2012  2,735.00
2013  2,386.69
~~2014~~  2,136.51
~~2015~~
~~2016~~  2,340.10
~~2017~~

He got paid to help me. att. McBride

Thank You
Paul Huff

RECEIVED
Judge Thomas P. Agresti
Date  3/9/2018
U.S. Bankruptcy Court
W. Dist. Of PA

ATTACHMENT A

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 13-11089-TPA
Herbert Leroy Huff                                                          Chapter 13
Carol Lee Huff
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat              Page 1 of 1            Date Rcvd: Jul 12, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
db/jdb         +Herbert Leroy Huff,   Carol Lee Huff,   1801 Tubbs Road,   Spring Creek, PA 16436-1325

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 andygornall@latouflawfirm.com
              Daniel P. Foster    on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6