Case 13-11089-TPA    Doc 93    Filed 08/21/18    Entered 08/22/18 10:29:59    Desc Main
                    Document      Page 1 of 1

FILED
8/21/18 4:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 13-11089-TPA |
| | : | |
| Herbert Leroy Huff | : | Chapter: 13 |
| Carol Lee Huff | : | |
| *Debtor(s).* | : | |
| | : | Date: 8/16/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

**MATTER:** #91 Hearing on Letter from Debtors
#89 Resp. by Tee
#90 Resp. by Debtor's Counsel

**APPEARANCES:**
Debtor: (Robert Edward McBride) Daniel Foster, Ronald Cook
Trustee: Jana Pail

**NOTES:**

Debtor Wife: Taxes are due on the property kept. I owe 2016 and 2017. I have just that I paid in 2016.

J: Trustee is found to be helpful with the matter. (10:52)

Foster: Has done the work on the case.

Cook: I spoke to Mrs. Huff and head of tax claim bureau in Warren county within the last mot. 2013 (provided in part), 14, 15, 17, 18 have not been paid. (10:55) Consent order re 2013. Debtor unable to make those payment.

Pail: Trustee paid for the 2013 tax year $1,352.38 and $667(? interest). We have a consent order for 2013. $23,000 taxes were for 2006 to 2013 (claim #9 and consent order). This is a zero percent plan. Atty McBride was paid $1800 through the plan. Retainer of $3700. (11:09) Plan default - explanation as to "forgiveness." Month 59, will have an auditor look at this.

**OUTCOME:** Additional plan payments? Discharge granted with exception of taxes. Claim 22(?)
Foster Law Office is relinquished of any further responsibility for representation of the Debtors.

vas