FILED
8/21/18 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

HERBERT LEROY HUFF AND : Case No. 13-11089 TPA
CAROL LEE HUFF : Chapter 13
   *Debtors* :
 :
HERBERT LEROY HUFF AND :
CAROL LEE HUFF :
   *Movants* : Related to Document No. 89, 90
 :
v. :
 :
NO RESPONDENTS :

### ORDER

A hearing was held regarding the *Letter*, Attachment A to the Order at Doc. No. 87, received by the Court from the Debtors and the *Response* filed by the Trustee at Doc. No. 89 and the *Response* filed by the Debtors' Attorney at Doc. No. 90. After a thorough review and discussion of the allegations contained in the letter against Atty. Ronald Cook and the Chapter 13 Trustee, the Court finds the complaints of the Debtors are unfounded. Also, the balance of the claims of the Tax Claim Bureau of Warren County will remain the responsibility of the Debtors upon completion of their case. Therefore,

*AND NOW*, this *21st* day of *August, 2018,* it is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) The Court finds that the Chapter 13 Trustee and Atty. Ronald Cook *and Daniel Foster* acted professionally and appropriately at all times with regard to their communications with the Debtors and handling of the within case.

1

(2). Upon the timely filing of the necessary Certificate of Discharge Eligibility, Atty. Ronald Cook and the Foster Law Offices is relinquished from any further responsibility for representation of the Debtors.

(3) Upon filing of all required documents related to the completion of the Debtors' case a Discharge Order will be entered, however, the outstanding claims of the Tax Claim Bureau of Warren County, PA remain the obligation of the Debtors following bankruptcy and are excepted from the Debtors' discharge.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Ronda J. Winnecour, Esq.
    Daniel P. Foster, Esq.
    Ronald Cook, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Herbert Leroy Huff
Carol Lee Huff
    Debtors

Case No. 13-11089-TPA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: culy     Page 1 of 1     Date Rcvd: Aug 22, 2018
                     Form ID: pdf900     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
db/jdb       +Herbert Leroy Huff,    Carol Lee Huff,    1801 Tubbs Road,    Spring Creek, PA 16436-1325
               +Ronald Cook, Esq.,    P.O. Box 966,    Meadville, PA 16335-6966

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13706254       +E-mail/Text: pgilbert@warren-county.net Aug 23 2018 01:53:22      Warren County Tax Claim Bureau,
               Warren County Courthouse,    204 4th Avenue,    Warren, PA 16365-2399
                                                                                                                                                                                                                                                                                    TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 andygornall@latouflawfirm.com
       Daniel P. Foster    on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster    on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2 Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                                                                                                                                                                                            TOTAL: 6