**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/27/2018

IN RE:

HERBERT LEROY HUFF
CAROL LEE HUFF
1801 TUBBS ROAD
SPRING CREEK, PA 16436
XXX-XX-0269         Debtor(s)

XXX-XX-7234

Case No.13-11089 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/27/2018

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **ANDREW F GORNALL ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BANK OF NY MELLON~JPMORGAN CHASE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **AMERICAN BUSINESS CREDIT**<br>111 PRESIDENTIAL BLVD #127<br>BALA CYNWYD, PA  19004 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*2ND~NO$~DISPUTED/SCH*SAME DEBT AS CID 3*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  1301352680 |
| **BANK OF NEW YORK MELLON**<br>C/O JPMORGAN CHASE BANK NA<br>3415 VISION DR OH4-7133<br>COLUMBUS, OH  43219 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL@EMC*1ST/SCH*CL=$134,920.78*DKT | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  2151 |
| **FNB CONSUMER DISCOUNT CO.**<br>210 LIBERTY STREET<br>P.O. BOX 607<br>WARREN, PA  16365 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:7<br>CLAIM:  45,468.15<br>COMMENT:  !!DKT!!*CL7GOVS*PMT/CL-PL*$/LTR/CR=PIF/CR | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  0269 |
| **NORTHWEST CDC D/B/A TITUSVILLE CDC****<br>100 LIBERTY ST<br>PO BOX 337<br>WARREN, PA  16365 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:6-2<br>CLAIM:  1,301.36<br>COMMENT:  CL$GOVS@MDF/PL*AMD*DKT | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  6885 |
| **SECRETARY OF VETERANS AFFAIRS**<br>810 VERMONT AVE NW<br>WASHINGTON, DC  20420 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  RS/OE*SURR/PL*NO$~GUARANTOR OF MORT~DISPUTED/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEI<br>ACCOUNT NO.:  8475 ROUTE 426 |
| **WARREN COUNTY TAX CLAIM BUREAU**<br>WARREN COUNTY COURTHOUSE<br>204 4TH AVE<br>WARREN, PA  16365 | Trustee Claim Number:7   INT %:  9.00%<br>Court Claim Number:9<br>CLAIM:  20,023.93<br>COMMENT:  CL9GOVS@SEC/CONF*21704.97/PL@0%@ SEC/PL@06-12*CL 9 AMDS CL 8*06-10/0 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  20001744;06-10 |
| **AFNI**<br>P.O. BOX 3427<br>BLOOMINGTON, IL  61702 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~DISH NETWORK~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1008044546 |
| **AFNI**<br>P.O. BOX 3427<br>BLOOMINGTON, IL  61702 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NO$~VERIZON~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1008044546 |
| **AMERICAN SECURITY INSURANCE**<br>POB 50355<br>ATLANTA, GA  30302 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  INS PREMIUM~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  MIPRCH0060000 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **ANDERSON FINANCIAL NETWORK**<br>POB 3097<br><br>BLOOMINGTON, IL 61702 | Trustee Claim Number:11 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 202447 | CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH |
| **DR JOHN E BALMER**<br>POB 211 WINANS ST<br><br>SPARTANSBURG, PA 16434 | Trustee Claim Number:12 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 15178 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **BENEFICIAL/HFC\*\***<br>ATTN CASH DEPT<br>636 GRAND REGENCY BLVD<br><br>BRANDON, FL 33510 | Trustee Claim Number:13 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 71181900129785 | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **BONDED COLLECTION CORP++**<br>39 E MADISON ST STE 1650<br><br>CHICAGO, IL 60602 | Trustee Claim Number:14 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: VARIOUS/SCH | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **BRIGGS CORPORATION**<br>POB 1698<br><br>DES MOINES, IA 50306 | Trustee Claim Number:15 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 467113 | CLAIM: 0.00<br>COMMENT: |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:16 INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6318 | CLAIM: 908.54<br>COMMENT: CAPITAL ONE BANK |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:17 INT %: 0.00%<br>Court Claim Number:1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3270 | CLAIM: 1,439.01<br>COMMENT: CAPITAL ONE BANK\*TEE OBJ/CL |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:18 INT %: 0.00%<br>Court Claim Number:2 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5728 | CLAIM: 1,009.48<br>COMMENT: CAPITAL ONE BANK |
| **CAPITAL ONE(\*)**<br>6125 LAKEVIEW RD STE 800<br><br>CHARLOTTE, NC 28269 | Trustee Claim Number:19 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 517805261065 | CLAIM: 0.00<br>COMMENT: NO$/SCH |
| **CBCS++**<br>POB 69<br><br>COLUMBUS, OH 43216 | Trustee Claim Number:20 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 24021260751 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CORRY AMBLNC SVC~DISPUTED/SCH |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **THE CBE GROUP++**<br>POB 480<br>WATERLOO, IA | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 511382656 | CLAIM: 0.00<br>COMMENT: NT ADR~NO$~DIRECTV~DISPUTED/SCH |
| **COLLECTION EXPERTS**<br>1305 N BARKER RD 7<br>BROOKFIELD, WI  53045 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4760863 | CLAIM: 0.00<br>COMMENT: NO$~COUNTRY DOOR~DISPUTED/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1FBA6D004 | CLAIM: 0.00<br>COMMENT: NO$~CORRY MDCL SVCS ER~DISPUTED/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1FBA6D004 | CLAIM: 0.00<br>COMMENT: NO$~CORRY MDCL~DR GURKOFF~DISPUTED/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1HHO | CLAIM: 0.00<br>COMMENT: NO$~CORRY MMRL HSPT~DISPUTED/SCH |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 17 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4963 | CLAIM: 261.79<br>COMMENT: BLAIR |
| **COMMUNITY BANK NA****<br>45 49 COURT ST<br>POB 509<br>CANTON, NY  13617 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: DISPUTED/SCH |
| **GREEN TREE SERVICING LLC**<br>7360 S KYRENE RD T-113<br>TEMPE, AZ  85283 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 88333133 | CLAIM: 0.00<br>COMMENT: NO$~CONSECO~FRCLSD MORT~SOLD AT SHERIFF SALE~DISPUTED/SCH |
| **CBCS++**<br>POB 69<br>COLUMBUS, OH  43216 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: NT ADR~CORRY AMBLNC SVC~DISPUTED/SCH |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? | CLAIM: 0.00<br>COMMENT: CORRY MDCL~DR GURKOFF/SCH |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CORRY MDCL ER/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CORRY MEMORIAL HOSPITAL**<br>965 SHAMROCK LN<br>CORRY, PA 16407 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 29289 |
| **CORRY MEMORIAL HOSPITAL**<br>965 SHAMROCK LN<br>CORRY, PA 16407 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **CORRY MEMORIAL HOSPITAL**<br>965 SHAMROCK LN<br>CORRY, PA 16407 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 17242 |
| **CORRY MEMORIAL HOSPITAL**<br>965 SHAMROCK LN<br>CORRY, PA 16407 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 17242 |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 408.71<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6530 |
| **DIRECT CHARGE**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:13<br>CLAIM: 386.01<br>COMMENT: 01825275/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6120 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 113.43<br>COMMENT: DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6211 |
| **DISH NETWORK**<br>DEPT 0063<br>PALATINE, IL 60055-0063 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8255909395616086 |
| **CHARLENE DUNNEWOLD**<br>281 RUNDALL RD<br>CUBA, NY 14727 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **WEBBANK-FINGERHUT**<br>6250 RIDGEWOOD RD<br><br>ST CLOUD, MN 56303 | Trustee Claim Number:41  INT %: 0.00%<br>Court Claim Number:19<br>CLAIM: 531.30<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9748 |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br><br>SAINT CLOUD, MN 56303 | Trustee Claim Number:42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0996 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:43  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 559.94<br>COMMENT: LOWES/GEMB | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4819 |
| **GINNYS**<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | Trustee Claim Number:44  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 470.94<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6630 |
| **ECAST SETTLEMENT CORP**<br>POB 35480<br><br>NEWARK, NJ 07193-5480 | Trustee Claim Number:45  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 669.12<br>COMMENT: HSBC BANK NV | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1116 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL 60677-2813 | Trustee Claim Number:46  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 168.51<br>COMMENT: REF 2634802566*HSBC H-HOLD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5291 |
| **I.C. SYSTEMS INC.**<br>444 EAST HIGHWAY 96<br>P.O. BOX 64378<br>ST. PAUL, MN 55164 | Trustee Claim Number:47  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~CORRY MMRL~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 59046623189 |
| **ISLAND NATIONAL GROUP**<br>575 UNDERHILL BLVD 224<br><br>SYOSSET, NY 11791 | Trustee Claim Number:48  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2634232001 |
| **GREGORY JAVARDIAN ESQ**<br>1310 INDUSTRIAL BLVD STE 101<br><br>SOUTHHAMPTON, PA 18966 | Trustee Claim Number:49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~EMC~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:50  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~EMC~DISPUTED/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |

| Creditor | Trustee Claim | Cred Desc / Account |
|---|---|---|
| **LC FINANCIAL**<br>POB 9246<br><br>VAN NUYS, CA  91409 | Trustee Claim Number:51  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~BRIGGS CORP~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? |
| **LICTUS KEYSTONE**<br>POB 82<br><br>CLYMER, NY  14724 | Trustee Claim Number:52  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  107211 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:53  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  612.03<br>COMMENT:  REF 2648229846*MIDLAND CREDIT MGMT*NO$~NCB~DSPTD/SCH*TEE OBJ/CL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1852 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:54  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  932 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:55  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  256 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:56  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  932 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:57  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  256 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:58  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  256 |
| **MEAD AVENUE FAMILY PRACTICE**<br>1086 MEAD AVE<br><br>CORRY, PA  16407 | Trustee Claim Number:59  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  932 |
| **MEDICAL GROUP OF CORRY**<br>315 YORK STREET<br><br>CORRY, PA  16407 | Trustee Claim Number:60  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1004114 |

| Creditor | Trustee Claim / Court Claim | Credit Description / Account | Claim / Comment |
|---|---|---|---|
| **MILLVILE MUTUAL INSURNACE COMPANY**<br>POB 170<br><br>MILLVILLE, PA  17846-0170 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1119587 | |
| **MCM**<br>POB 939019<br><br>SAN DIEGO, CA  92193-9019 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NCB~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? | |
| **NATIONAL REVENUE CORPORATION**<br>4000 EAST 5TH AVE<br><br>COLUMBUS, OH  43219 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~COMMUNITY BANK/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  62195R0000027 | |
| **NCO FINANCIAL SYSTEMS INC(*)++**<br>507 PRUDENTIAL RD<br><br>HORSHAM, PA  19044 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~CAP 1~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? | |
| **NORTHLAND GROUP INC.**<br>PO BOX 390905<br><br>MINNEAPOLIS, MN  55439 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~NO$~CAP 1~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  ? | |
| **ORECK CORPORATION**<br>ATTN: CUSTOMER SVC<br>1400 SALEM RD<br>COOKEVILLE, TN  38506 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~DISPUTED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  09415438 | |
| **PA COLLECTION SVCS++**<br>21 RED WINE DR<br><br>WASHINGTON, PA  15301 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~CORRY MMRL HSPTL~DISPTUED/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2712880108659 | |
| **PROFESSIONAL RADIOLOGY CONSULT++**<br>POB 200<br><br>MEDIA, PA  19063-0200 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  PRC17242 | |
| **PUBLISHERS CLEARING HOUSE**<br>382 CHANNEL DRIVE<br><br>PORT WASHINGTON, NY  11050 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  304454597922 | |
| **PUBLISHERS CLEARING HOUSE**<br>382 CHANNEL DRIVE<br><br>PORT WASHINGTON, NY  11050 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  304410146893 | |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **RANGE RESOURCES APPALACHIA LLC**<br>DEPT 8054<br>POB 650002<br>DALLAS, TX  75265 | Trustee Claim Number: 71  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 548001072C |
| **RJM ACQUISITIONS LLC\*++**<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY  11791 | Trustee Claim Number: 72  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~HSBC~GM CARD/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: ? |
| **SEVENTH AVENUE**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 73  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 748.09<br>COMMENT: NO$/SCH\*796017929/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6570 |
| **STONEBERRY**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 74  INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 218.33<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6C2G |
| **SUNRISE CREDIT SVCS INC**<br>260 AIRPORT PLAZA<br>POB 9100<br>FARMINGDALE, NY  11735-9100 | Trustee Claim Number: 75  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~DISPUTED/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6417494 |
| **SUNRISE FUEL COMPANY**<br>POB 585<br>KANE, PA  16735-0585 | Trustee Claim Number: 76  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0000352 |
| **THE SWISS COLONY**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number: 77  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 1,168.14<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 684A |
| **UPMC HEALTH PLAN**<br>POB 371842<br>PITTSBURGH, PA  15250-7842 | Trustee Claim Number: 78  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 003146959 |
| **UPMC HEALTH PLAN**<br>POB 371842<br>PITTSBURGH, PA  15250-7842 | Trustee Claim Number: 79  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 003146510 |
| **VEOLIA ENVIRONMENTAL SVCS C/O++**<br>C/O RMS BANKRUPTCY RECVRY SVCS<br>POB 5126<br>TIMONIUM, MD  21094 | Trustee Claim Number: 80  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~REFUSE/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: L10405767 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account No. | Claim / Comment |
|---|---|---|---|
| **VERIZON(*)++**<br>404 BROCK DR<br>BLOOMINGTON, IL  61701 | Trustee Claim Number:81  INT %:  0.00%<br>Court Claim Number: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 814664751056515Y | CLAIM: 0.00<br>COMMENT: |
| **FNB CONSUMER DISCOUNT CO.**<br>210 LIBERTY STREET<br>P.O. BOX 607<br>WARREN, PA  16365 | Trustee Claim Number:82  INT %:  0.00%<br>Court Claim Number:7 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.: 0269 | CLAIM: 662.86<br>COMMENT: CL7GOVS*NO ARRS/PL*$817.59/CL*BAL PAID AT CID 4 |
| **WARREN COUNTY TAX CLAIM BUREAU**<br>WARREN COUNTY COURTHOUSE<br>204 4TH AVE<br>WARREN, PA  16365 | Trustee Claim Number:83  INT %:  9.00%<br>Court Claim Number:22 | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: 2970 | CLAIM: 1,855.34<br>COMMENT:  $PL@9%/CONF~2013*SCH@7*1286.25/CL@9%BGN 6/18~W/84*LATE CLM*DK |
| **WARREN COUNTY TAX CLAIM BUREAU**<br>WARREN COUNTY COURTHOUSE<br>204 4TH AVE<br>WARREN, PA  16365 | Trustee Claim Number:84  INT %:  0.00%<br>Court Claim Number:22 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: 2970 | CLAIM: 0.00<br>COMMENT:  6862.07/CL*TAX YRS NT/PL*WNTS 9% BGN 6/18*2014-2017 TAX YRS*W/83~DK!*EXC |
| **WARREN COUNTY TAX CLAIM BUREAU**<br>WARREN COUNTY COURTHOUSE<br>204 4TH AVE<br>WARREN, PA  16365 | Trustee Claim Number:85  INT %:  0.00%<br>Court Claim Number:23 | CRED DESC:  Post Petition Claim (1305)<br>ACCOUNT NO.: 2498 | CLAIM: 0.00<br>COMMENT:  CY-006-249800-000*RS/OE*SURR/PL*CL=1860.13~2017 TAXES*WNTS 9%*DK!! |