IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Herbert LeRoy Huff ) | Case No.: 13-11089 TPA |
| Carol Lee Huff ) | Chapter 13 |
|     Debtors ) | |
| _____ _) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| eCast Settlement Corporation, assignee ) | |
| of Capital One Bank (USA), NA ) | |
|     Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 1**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on September 5, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon.  Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than October 5, 2018.

10-10-2018                              /s/ Ronda J. Winnecour
                                            Ronda J. Winnecour
                                            Chapter 12 Trustee PA I.D.#30399
                                            U.S. Steel Tower- Suite 3250
                                            600 Grant Street
                                            Pittsburgh PA  15219
                                            cmecf@chapter13trusteewdpa.com