IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Herbert LeRoy Huff ) | Case No.: 13-11089 TPA |
| Carol Lee Huff ) | Chapter 13 |
|     Debtors ) | |
| _____ _) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 16 |
| Trustee, ) | |
|     Movant, ) | |
|       Vs. ) | |
| Jefferson Capital Systems, LLC; ) | |
| Purchased from Midland Credit ) | |
| Management, Inc. ) | |
|     Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO CLAIM NO. 16**

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on September 5, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Objection were to be filed and served no later than October 5, 2018.

10-10-2018                                                                 /s/ Ronda J. Winnecour
                                                                                          Ronda J. Winnecour
                                                                                          Chapter 12 Trustee PA I.D.#30399
                                                                                          U.S. Steel Tower- Suite 3250
                                                                                          600 Grant Street
                                                                                          Pittsburgh PA 15219
                                                                                         cmecf@chapter13trusteewdpa.com