FILED
10/11/18 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Herbert LeRoy Huff ) | Case No.: 13-11089 TPA |
| Carol Lee Huff ) | Chapter 13 |
|    Debtors ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | Related to Claim No. 1 |
| Trustee, ) | |
|    Movant, ) | Related to Document No. 97 |
|       Vs. ) | |
| eCast Settlement Corporation, assignee ) | |
| of Capital One Bank (USA), NA ) | |
|    Respondent(s) ) | |

ORDER OF COURT

AND NOW, this __11th__ day of _____October_____, 2018, upon consideration of the Trustee's Objection to Claim No. 1 and any responses thereto, it is hereby ORDERED that:

(a) Claim Number 11 filed by the above captioned Respondent is disallowed in its entirety; and

(b) No fees, costs or charges shall be allowed for defending this objection.

BY THE COURT:

_____ vas
U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 13-11089-TPA
Herbert Leroy Huff                                                              Chapter 13
Carol Lee Huff
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat                  Page 1 of 1          Date Rcvd: Oct 11, 2018
                              Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.
db/jdb         +Herbert Leroy Huff,    Carol Lee Huff,    1801 Tubbs Road,    Spring Creek, PA 16436-1325
aty            +Robert Edward McBride,    32 West Eighth Street, Suite 600,    Erie, PA 16501-1352
cr              eCAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 andygornall@latouflawfirm.com
              Daniel P. Foster     on behalf of Debtor Herbert Leroy Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster     on behalf of Joint Debtor Carol Lee Huff dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York
               as successor to JP Morgan Chase Bank, N.A as Trustee, for the ABFS Mortgage Loan Trust 2003-2
               Mortgagess-Through Certificates, Series 2003-2 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6